UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWN RONALD COWIE | ) |
| | ) |
| | ) No. 3:11-0687 |
| v. | ) Judge Sharp |
| | ) |
| ANALISA RAMIREZ, et al., | ) |
| | ) |

**O R D E R**

Pending before the Court is a Report and Recommendation (Docket No. 76) recommending that the Stipulation of Dismissal with Prejudice as to Defendants Analisa Ramirez, Carl W. Miller, Deborah Miller and Josh Miller (Docket No. 75) be disregarded. Also pending, is Plaintiff's Motion for Rule 41(a)(2) Voluntary Dismissal with Prejudice of Defendants Analisa Ramirez, Carl W. Miller, Deborah J. Miller and Josh Miller.

The Report is ACCEPTED. The motion for voluntary dismissal is GRANTED, and Defendants Analisa Ramirez, Carl W. Miller, Deborah J. Miller and Josh Miller are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE