# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAWN R. COWIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **CASE NO. 3:11-0687** |
| | ) | **JUDGE SHARP/KNOWLES** |
| | ) | |
| | ) | |
| ANALISA RAMIREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At the request of counsel for Plaintiff, the Court held a telephone conference on May 21, 2012, to discuss Plaintiff's "Motion to Quash." Docket No. 103. Shortly before the conference call, Defendant Music City Billiards, LLC filed a Response in Opposition to the Motion.

For the reasons set forth on the record during the conference call, Plaintiff's "Motion to Quash" is GRANTED.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge